# UNITED STATES DISTRICT COURT
**PROBATION OFFICE**
DISTRICT OF ARIZONA

# MEMORANDUM

**Date:** July 22, 2008

**From:** Rhonda Spencer
Senior U.S. Probation Officer

**Re:** CALDWELL, Steve D.
98CR-101-WN-001
Restitution Status Update

**To:** The Honorable Henry T. Wingate
Chief U.S. District Judge
Southern District of Mississippi



This officer is writing to advise the Court concerning the outstanding restitution balance in this case of $1,376,355.52. Your Honor sentenced the offender on September 17, 1999, to 75 months incarceration followed by three years supervised release for three counts of mail fraud and one count of engaging in monetary transactions in property derived from specified unlawful activity. At the time of sentencing, Caldwell was ordered to pay $1,377,830.52 in thirty-two (32) equal monthly installments during supervised release, beginning the first full month of supervision. Caldwell began his term of supervised release on April 28, 2008, in the District of Arizona.

If the defendant were to make monthly installments as directed by the Court, his payments would be in excess of $43,000 monthly. After a financial investigation, it has been determined the offender's monthly net income is $1,775, with a positive cash flow of $387. Caldwell currently resides with his daughter and son-in-law in Queen Creek, Arizona, where he pays $450 in rent.

It is this officer's recommendation that this supervision case be allowed to pay $300 per month until his current financial status changes or until his supervision expires on April 27, 2011, with the offender remaining civilly responsible for the restitution balance. This officer advised the offender, after his expiration for supervised release, restitution will be collected by the U.S. Attorney's Office Financial Litigation Unit in accordance with the provisions of 18 USC 3613(f) and 18 USC 3664(M)(1)(A)(I).

If Your Honor concurs with our revised payment plan of $300 per month, please indicate below, and return this correspondence to our office. If Your Honor requires addition information, or another course of action, please indicate below.

July 18, 2008
The Honorable Henry T. Wingate
Re: CALDWELL, Steve D.
Restitution Status Update
Page 2

Reviewed by:

_____ Date  7/22/08
David B. Colleran
Supervisory U.S. Probation Officer
District of Arizona

---

✓  Concur with allowing offender to pay $300.00 per month until his supervision expires, and remain civilly liable for the balance owed on restitution.

___  Submit the following information to the Court_____

___  Other_____

_____
Signature of Judicial Officer

Date  13 August 2009